UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Shivanthi Ahendran v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:12-cv-10573-DRH |
| *Heather E. Auxier v. Bayer Corp., et al.* | No. 3:12-cv-10530-DRH |
| *Kirsti A. Bryson v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:12-cv-10113-DRH |
| *Ashley Summer Dawson v. Bayer Corp., et al.* | No. 3:12-cv-10527-DRH |
| *Sarah Gross v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:12-cv-20092-DRH |
| *Janet Hunsinger v. Bayer Corp., et al.* | No. 3:12-cv-10160-DRH |
| *Shaeleshni Lata v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:12-cv-10014-DRH |
| *Latisha Morrell v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:12-cv-10470-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court on defendants' Motion to Dismiss with Prejudice.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting defendant's Motion to Dismiss entered on June 18, 2013, the above

captioned cases are **DISMISSED with prejudice**. Each party shall bear their own costs.

                                        **NANCY J. ROSENSTENGEL,**
                                        **CLERK OF COURT**

                                      BY:   /s/*Sara Jennings*
                                             **Deputy Clerk**

Dated:  June 20, 2013

David R. Herndon
2013.06.20
14:56:33 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT